**Order entered April 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01596-CV

### IN THE ESTATE OF MARIE MERKEL, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-05-00375-3**

## ORDER
Before Justices Lang-Miers, Brown and Stoddart

Before the Court is appellant Rupert Pollard's Motion to Disqualify Counsel. The Court requests that appellee file a response to the motion **within ten (10) days** of the date of this order. The deadline for filing appellee's brief on the merits in this appeal is suspended pending further order of the Court.


/s/     ELIZABETH LANG-MIERS
        JUSTICE